# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

LOCAL UNION NO. 825, et als.

Plaintiff,

-v-

ULTIMATE LAND DEVELOPMENT OF
THE HUDSON VALLEY, INC., et als.

Defendant.

**JUDGE BRIEANT**

08 Case No. CV 1704

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Plaintiffs _____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

*None.*

U.S. DISTRICT COURT
FILED
FEB 19 2008
S.D. OF N.Y.

**Date:** February 13, 2008 _____

_____
**Signature of Attorney**

**Attorney Bar Code:** PM5168 _____