| | |
|---|---|
| US DISTRICT COURT  OF THE SOUTHERN DISTRICT OF NEW YORK  COUNTY OF _____ | **AFFIDAVIT OF SERVICE**  ATTORNEY: GUARANTEED SUBPOEN  FF/INDEX #: 08-CV-1704  DATE FILED:  DOCKET #: |

LOCAL UNION NO. 825, AFFILIATED WITH THE INTERNATIONAL UNION OF OPERATING ENGINEERS, ET AL.

Plaintiff(s)/Petitioners(s)

- AGAINST -

ULTIMATE LAND DEVELOPMENT OF THE HUDSON VALLEY, INC. AND ULTIMATE LAND DEVELOPMENT, INC.

Defendants(s)/Respondent(s)

COURT D/T:
AMOUNT:

STATE OF NEW YORK COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/14/08  at 5:55 PM  at 104 VAN AMBURGH ROAD, MONTGOMERY

deponent served the within SUMMONS, RULE 7.1 STATEMENT, CIVIL COVER SHEET, PRACTICES OF JUDGE BRIEANT AND JUDGE FOX, GUIDELINES FOR ELECTRONIC CASE FILING & COMPLAINT

on ULTIMATE LAND DEVELOPERS, INC.                                     therein named

**CORPORATION** ☑ By delivering to and leaving with JAMIE WOLF so served to be the GENERAL AGENT and that he knew the person of the corporation, and authorized to accept service.

☐ AND AT THE SAME TIME PAYING IN ADVANCE    THE AUTHORIZED FEE

**DESCRIPTION**  Deponent describes the individual served as follows:

FEMALE   WHITE SKIN   BLACK HAIR   35-40 YRS.   5'4"   140 LBS.

Other identifying features:

Sworn to before me on: 3/17/08

_signature_ MIKE RENNA

_signature_ JOANN JOHNSON

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES JULY 15, 20__
01G05013764

JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES AUGUST 15, 20_10_
01J05031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES NOVEMBER 30, 20__
4632958