| | | |
|---|---|---|
| US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK<br>COUNTY OF | | **AFFIDAVIT OF SERVICE** |
| LOCAL UNION NO. 825, AFFILIATED WITH THE INTERNATIONAL UNION OF OPERATING ENGINEERS, ET AL. | | ATTORNEY: GUARANTEED SUBPOEN<br>FF/INDEX #: 08-CV-1704<br>DATE FILED:<br>DOCKET #: |

Plaintiff(s)/Petitioners(s)

- AGAINST -

ULTIMATE LAND DEVELOPMENT OF THE HUDSON VALLEY, INC. AND
ULTIMATE LAND DEVELOPMENT, INC.

Defendants(s)/Respondent(s)

COURT D/T:
AMOUNT:

STATE OF NEW YORK COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/14/08   at 5:55 PM   at  104 VAN AMBURGH ROAD, MONTGOMERY, NY 12549

deponent served the within  SUMMONS, RULE 7.1 STATEMENT, CIVIL COVER SHEET, PRACTICES OF JUDGE BRIEANT AND JUDGE FOX, GUIDELINES FOR ELECTRONIC CASE FILING & COMPLAINT

on  ULTIMATE LAND DEVELOPERS OF THE HUDSON VALLEY, INC.   therein named

**CORPORATION**  ☑ By delivering to and leaving with  JAMIE WOLF  and that he knew the person
so served to be the  GENERAL AGENT   of the corporation, and authorized to accept service.

☐ AND AT THE SAME TIME PAYING IN ADVANCE   THE AUTHORIZED FEE

**DESCRIPTION**   Deponent describes the individual served as follows:

FEMALE   WHITE SKIN   BLACK HAIR   35-40 YRS.   5'4"   140 LBS.

Other identifying features:

Sworn to before me on:  3/17/08

_signature_ — MIKE RENNA

_signature_ JOANN JOHNSON

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES JULY 15, 20__
01G05013764

JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES AUGUST 15, 20 /0
01J05031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES NOVEMBER 30, 20__
4632958

R R