COHEN, LEDER, MONTALBANO & GROSSMAN, L.L.C.
1700 Galloping Hill Road
Kenilworth, New Jersey, 07033
(908) 298-8800
Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK
## WHITE PLAINS VICINAGE

| | |
|---|---|
| LOCAL UNION NO. 825, affiliated with the INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL-CIO, and THE BOARDS OF TRUSTEES OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 825 PENSION FUND, THE IUOE LOCAL 825 WELFARE FUND, THE IUOE LOCAL 825 APPRENTICESHIP TRAINING AND RETRAINING FUND, THE IUOE LOCAL 825 SUPPLEMENTAL UNEMPLOYMENT BENEFIT FUND, THE IUOE LOCAL 825 SAVINGS FUND and THE IUOE LOCAL 825 ANNUITY FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> ULTIMATE LAND DEVELOPERS OF THE HUDSON VALLEY, INC. and ULTIMATE LAND DEVELOPERS, INC., <br><br> Defendants. | **Civil Action No.:cv-01704 (CLB)** <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> **REQUEST FOR ENTRY OF DEFAULT** |

TO: J. Michael McMahon, Clerk of Court

You will please enter the default of the defendant herein for failure to plead or otherwise defend as provided by the Rule 55(a) of the Federal Rules of Civil Procedure and Local Civil Rule 55.1.

Dated: April 15, 2008

_____
PAUL A. MONTALBANO
Attorney for Plaintiff

COHEN, LEDER, MONTALBANO & GROSSMAN, L.L.C.
1700 Galloping Hill Road
Kenilworth, New Jersey, 07033
(908) 298-8800
Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK
## WHITE PLAINS VICINAGE

| | |
|---|---|
| LOCAL UNION NO. 825, affiliated with the INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL-CIO, and THE BOARDS OF TRUSTEES OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 825 PENSION FUND, THE IUOE LOCAL 825 WELFARE FUND, THE IUOE LOCAL 825 APPRENTICESHIP TRAINING AND RETRAINING FUND, THE IUOE LOCAL 825 SUPPLEMENTAL UNEMPLOYMENT BENEFIT FUND, THE IUOE LOCAL 825 SAVINGS FUND and THE IUOE LOCAL 825 ANNUITY FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>ULTIMATE LAND DEVELOPERS OF THE HUDSON VALLEY, INC. and ULTIMATE LAND DEVELOPERS, INC.,<br><br>Defendants. | Civil Action No.:cv-01704 (CLB)<br><br><br><br><br><br><br><br><br><br><br><br>AFFIDAVIT OF<br>PAUL A. MONTALBANO |

1. I am Paul A. Montalbano, the attorney for the Plaintiffs in the above entitled action. I am fully familiar with the matters set forth herein. I swear to the statements herein in support of Plaintiff's request for entry of default against the Defendants, Ultimate Land Developers of the Hudson Valley, Inc. and Ultimate Land Developers, Inc.

2. I attest that the party against whom a notation of default is sought is not an infant, in the military, or an incompetent person, that the party has failed to plead or otherwise defend the action, and that the Complaint, to which no response has been made, was properly served.

3. As is indicated by the attached Affidavit of Service, the Summons, Complaint, Rule 7.1 Statement, Civil Cover Sheet, Practices of Judge Brieant and Judge Fox, and Guidelines for

Electronic Case Filing were served upon Jamie Wolf, the General Agent of the Defendants in said action, as appears from the Affidavit of Service. See Exhibits A and B.

3. The time within which the said Defendant may answer or otherwise move as to the Complaint has expired and has not been extended. The said Defendant has not answered or otherwise moved to the Complaint.

4. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                COHEN, LEDER, MONTALBANO
                                & GROSSMAN, L.L.C.
                                Attorneys for Plaintiffs


Dated: April 17, 2008           By: _____

                                PAUL A. MONTALBANO, ESQ.

Sworn and Subscribed
before this 17th day
of April 2008.

_____
CHERYL ORTENSE
A Notary Public Of New Jersey
My Commission Expires June 26, 2008

# EXHIBIT A

Case 7:08-cv-01704-CLB   Document 5   Filed 03/28/2008   Page 1 of 1

**US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK**

COUNTY OF _____

**AFFIDAVIT OF SERVICE**

ATTORNEY: GUARANTEED SUBPOEN
FF/INDEX #: 08-CV-1704
DATE FILED:
DOCKET #:

LOCAL UNION NO. 825, AFFILIATED WITH THE INTERNATIONAL UNION OF OPERATING ENGINEERS, ET AL.

Plaintiff(s)/Petitioners(s)

- AGAINST -

ULTIMATE LAND DEVELOPMENT OF THE HUDSON VALLEY, INC. AND ULTIMATE LAND DEVELOPMENT, INC.

Defendants(s)/Respondent(s)

COURT D/T:
AMOUNT:

**STATE OF NEW YORK COUNTY OF ORANGE ss:**

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/14/08   at 5:55 PM   at 104 VAN AMBURGH ROAD, MONTGOMERY, NY 12549

deponent served the within SUMMONS, RULE 7.1 STATEMENT, CIVIL COVER SHEET, PRACTICES OF JUDGE BRIEANT AND JUDGE FOX, GUIDELINES FOR ELECTRONIC CASE FILING & COMPLAINT

on ULTIMATE LAND DEVELOPERS OF THE HUDSON VALLEY, INC.   therein named

**CORPORATION**   ☑ By delivering to and leaving with JAMIE WOLF so served to be the GENERAL AGENT   and that he knew the person of the corporation, and authorized to accept service.

☐ AND AT THE SAME TIME PAYING IN ADVANCE   THE AUTHORIZED FEE

**DESCRIPTION**   Deponent describes the individual served as follows:

FEMALE   WHITE SKIN   BLACK HAIR   35-40 YRS.   5'4"   140 LBS.

Other identifying features:

Sworn to before me on: 3/17/08

MIKE RENNA

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES JULY 15, 20__
01G05013764

JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES AUGUST 15, 20__
01J05031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES NOVEMBER 30, 20__
4632958

RR

# EXHIBIT B

| | |
|---|---|
| US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK<br>COUNTY OF | **AFFIDAVIT OF SERVICE**<br>ATTORNEY: GUARANTEED SUBPOEN<br>FF/INDEX #: 08-CV-1704<br>DATE FILED:<br>DOCKET #: |

LOCAL UNION NO. 825, AFFILIATED WITH THE INTERNATIONAL UNION OF OPERATING ENGINEERS, ET AL.

Plaintiff(s)/Petitioners(s)

- AGAINST -

ULTIMATE LAND DEVELOPMENT OF THE HUDSON VALLEY, INC. AND ULTIMATE LAND DEVELOPMENT, INC.

Defendants(s)/Respondent(s)

COURT D/T:
AMOUNT:

**STATE OF NEW YORK COUNTY OF ORANGE ss:**

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/14/08  at 5:55 PM  at 104 VAN AMBURGH ROAD, MONTGOMERY

deponent served the within SUMMONS, RULE 7.1 STATEMENT, CIVIL COVER SHEET, PRACTICES OF JUDGE BRIEANT AND JUDGE FOX, GUIDELINES FOR ELECTRONIC CASE FILING & COMPLAINT

on ULTIMATE LAND DEVELOPERS, INC.    therein named

**CORPORATION**  ☑ By delivering to and leaving with JAMIE WOLF so served to be the GENERAL AGENT and that he knew the person of the corporation, and authorized to accept service.

☐ AND AT THE SAME TIME PAYING IN ADVANCE    THE AUTHORIZED FEE

**DESCRIPTION**  Deponent describes the individual served as follows:

FEMALE   WHITE SKIN   BLACK HAIR   35-40 YRS.   5'4"   140 LBS.

Other identifying features:

Sworn to before me on: 3/17/08

MIKE RENNA

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES JULY 15, 20__
01G05013764

JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES AUGUST 15, 20__
01J05031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES NOVEMBER 30, 20__
4632958