# COHEN, LEDER, MONTALBANO & GROSSMAN

A LIMITED LIABILITY COMPANY
COUNSELLORS AT LAW
1700 GALLOPING HILL ROAD
(AT GARDEN STATE PARKWAY, EXIT 138)
KENILWORTH, N.J. 07033

(908) 298-8800

Firm E-MAIL
cohen_leder@yahoo.com

FAX
(908) 298-9333

EDWARD A. COHEN
BRUCE D. LEDER'
PAUL A. MONTALBANO
DAVID GROSSMAN'

DONALD RAYMAR
MICHAEL A. McLAUGHLIN'
MATTHEW G. CONNAUGHTON'

'ALSO N Y BAR

DIRECT E-MAIL
COHEN: edcohenesq@yahoo.com
LEDER: UNIONLEDERR@YAHOO.COM
MONTALBANO: MONTALBANOEMAIL@YAHOO.COM
GROSSMAN: davegrossmanesq@yahoo.com
McLAUGHLIN: mclaughlinesq@yahoo.com
CONNAUGHTON: mconnaug@gmail.com

May 1, 2008

The Honorable Charles L. Brieant
United States Courthouse
300 Quarropas St., Room 275
White Plains, NY 10601

Re: Local Union No. 825 et als v. Ultimate Land Developers, Inc. et al.
Docket No. 7:08-cv-1704

Dear Judge Brieant:

This firm is counsel to Plaintiffs in connection with the above-referenced matter. During a telephone conversation earlier this morning with Alice Cama, I was informed that the Scheduling Conference set for tomorrow, May 2, 2008 at 9:15 a.m in this matter, will be adjourned until May 30, in order to permit the Plaintiffs to file additional papers required to complete the previously-filed Request for Entry of Default. This correspondence is to serve as confirmation of this adjournment.

Thank you for your time and consideration. If you have any questions, please feel free to contact this office for further information.

Very truly yours,

PAUL A. MONTALBANO

cc: Ultimate Land Developers, Inc. and
Ultimate Land Developers of the Hudson Valley, Inc.