UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS VICINAGE

| | |
|---|---|
| LOCAL UNION NO. 825, affiliated with the INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL-CIO and THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 825 PENSION FUND, THE IUOE LOCAL 825 WELFARE FUND, THE IUOE LOCAL 825 APPRENTICESHIP TRAINING AND RE-TRAINING FUND, THE IUOE LOCAL 825 SUPPLEMENTAL UNEMPLOYMENT BENEFIT FUND and THE IUOE LOCAL 825 ANNUITY FUND,<br><br>Plaintiffs<br><br>v.<br><br>ULTIMATE LAND DEVELOPERS OF THE HUDSON VALLEY, INC. and ULTIMATE LAND DEVELOPERS, INC.<br><br>Defendant. | Civil Action No.: 08-CV-01704<br><br><br><br>**SUBSTITUTION OF ATTORNEY** |

The undersigned hereby consent to the substitution of PITTA & DREIER (Vincent M. Giblin, Esq. appearing), as attorney(s) for the Plaintiffs in the above-entitled matter.

**COHEN, LEDER, MONTALBANO
& GROSSMAN, L.L.C.**
1700 Galloping Hill Road
Kenilworth, New Jersey 07033
908-298-8800

By: _____ 7/3/08
PAUL A. MONTALBANO
Withdrawing Attorneys

**PITTA & DREIER, LLP**
499 Park Avenue
New York, New York 10022
212-652-3890

By: _____
VINCENT M. GIBLIN
Superseding Attorneys

6/6/08